UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Darryl Durr,<br><br>               Plaintiff,<br><br>v.<br><br>Ohio Attorney General Richard Cordray, *et al.*,<br><br>               Defendants. | Case No. 2:10 cv 0312<br><br>Judge<br><br>JUDGE SMITH<br>MAGISTRATE JUDGE ABEL<br><br>PLAINTIFF'S MOTION FOR A<br>TEMPORARY RESTRAINING<br>ORDER AND PRELIMINARY<br>INJUNCTION |

      Plaintiff Darryl Durr moves for the issuance of a temporary restraining order, and subsequently a preliminary injunction pursuant to Federal Rules of Civil Procedure 65 against Defendants Attorney General Richard Cordray, Governor Ted Strickland, Cuyahoga County Prosecutor Bill Mason and Custodian of Records Gerald Fuerst, which order would, minimally, provide:

      (1)     That the State of Ohio be restrained and enjoined from proceeding with Plaintiff's execution currently scheduled for April 20, 2010 and the execution be stayed until such time as this Court has an opportunity to review the constitutional and procedural claims set forth in Plaintiff's Complaint and Memorandum of Law filed concurrently herewith.

      (2)     That Bill Mason, the Prosecuting Attorney for Cuyahoga County and Gerald Fuerst, Custodian of Records and Evidence for Cuyahoga County be required to provide to Plaintiff or make available for independent DNA examination and testing the necklace secured

by law enforcement officials at the crime scene and which, allegedly, belonged to the late Angel Vincent ..

(3) That Ohio Revised Code § 2953.73(E)(1) be declared to be unconstitutional as applied to Plaintiff.

Plaintiff submits that the State of Ohio has scheduled his execution for April 20, 2010 for a crime that he has consistently denied committing. Plaintiff further submits that unless the State of Ohio is restrained and enjoined from proceeding with Plaintiff's scheduled execution and the Prosecuting Attorney and custodian of records are not required to provide the specific items of evidence in their possession that may exonerate him, he will suffer immediate, permanent and irreparable loss, damage and harm in the form of an execution for which he has no adequate remedy at law. Plaintiff further submits that despite his requests, Bill Mason, the Prosecuting Attorney for Cuyahoga County and Gerald Fuerst, the Cuyahoga County Custodian of Evidence have denied him access to the necklace that allegedly belonged to the victim for which he was convicted of killing and which may provide evidence of his innocence. Plaintiff further submits that unless the Prosecuting Attorney and the Custodian of Evidence are required to provide to him the necklace for independent testing, he will suffer immediate, permanent and irreparable harm for which he has no adequate remedy at law. Finally, Plaintiff submits that the relief requested is necessary to prevent the loss of his life and the continued application of a state statue that violates the Eighth and Fourteenth Amendments to the United States Constitution..

The bases for this motion for temporary restraining order and preliminary injunction are set forth in Plaintiff's Memorandum in Support for Temporary Restraining Order, which is attached hereto and incorporated herein by reference. A copy of a Proposed Order Granting

2

Plaintiff's Motion for Temporary Restraining Order is attached hereto for the Court's convenience.

Dated:  April 13, 2010

Respectfully submitted,

/s/ James L. Hardiman
James L. Hardiman (0031043), Legal Director
jhardiman@acluohio.org
Carrie L. Davis (0077041), Staff Counsel
  cdavis@acluohio.org
American Civil Liberties Union of Ohio Foundation, Inc.
Max Wohl Civil Liberties Center
4506 Chester Avenue
Cleveland, OH 44103
Tel:  (216) 472-2220
Fax: (216) 472-2210

Jeffrey M. Gamso (0043869), ACLU of Ohio Cooperating Counsel
Gamso, Helmick & Hoolahan
1119 Adams Street, Second Floor
Toledo, OH 43604
Tel: (419) 243-3800
jeff.gamso@gmail.com

Kimberly S. Rigby
  Kim.Rigby@OPD.Ohio.gov
Assistant Ohio Public Defender
Office of the Ohio Public Defender
250 E. Broad St., Suite 1400
Columbus, Ohio 43215
Tel:  (614) 466-5394
Fax: (614) 644-0708

Kathleen McGarry
  kate@kmcgarrylaw.com
McGarry Law Office
P.O. Box 310
Glorieta, NM  87535
Tel:  (505) 757-3989
Fax: (888) 470-6313

Dennis Sipe
Dennis@buellsipe.com
Buell & Sipe Co. L.P.A.
322 Third St
Marietta, OH 45750
Tel: (740) 373-3219
Fax: (740) 373-2892

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following by personal service on the 13th day of April, 2010.

>Ohio Attorney General Richard Cordray
>30 E. Broad St., 17th Floor
>Columbus, OH 43215
>
>Governor Ted Strickland
>Riffe Center, 30th Floor
>77 South High Street
>Columbus, OH 43215-6108
>
>William Mason,
>Cuyahoga County Prosecutor
>1200 Ontario Street
>Justice Center Bldg. Floor 8th and 9th
>Cleveland, OH 44113-1678
>
>Gerald E. Fuerst, Clerk of Court
>Custodian of Records
>Cuyahoga County Common Pleas Court
> And Eighth District Court of Appeals
>1200 Ontario Street
>Cleveland, Ohio 44113-1678

_____
Carrie L. Davis (0077041)
*Counsel for Darryl Durr*