United States District Court
Southern District of Ohio



## Related Case Memorandum
### Civil Cases

TO: Judge Smith, Judge Frost, Judge Abel

FROM: Susan Rasoletti, Case Administrator

DATE: 04/13/2010

SUBJECT: Case Caption: Darryl Durr v. Richard Cordray, et al.,

CASE: Case Number: 2:10-CV-312

DISTRICT JUDGE: Judge Smith

File Date: 04/13/2010

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** **2:04-CV-1156**

Case Caption: **Cooey v. Strickland, et al.,**

Case Number: **2:04-CV-1156**   District Judge: **Frost**

File Date: **05/27/2009**   Magistrate Judge: **Abel**


**Related Case(s):** **2:10-CV-288**

Case Caption: **Durr v. Strickland, et al.,**

Case Number: **2:10-CV-288**   District Judge: **Frost**

File Date: **04/05/2010**   Magistrate Judge: **Abel**

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator _____
as follows:


**Judges' Response:**

    ☑    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

    ☐    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

    ☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

    ☐    We are unable to agree and will accept any decision made by the Chief Judge.


    *s/George C. Smith*
    United States District Judge


    _____
    United States District Judge


    _____
    United States District Judge


cc: Judge Dlott, Judge Frost, Judge Smith, Judge Abel, Spencer Harris, Scott Miller, Lisa Wright, Debra Overly, Susan Bridges, Mary Kaye Budge, Scott Lang, Ed Rivera.

*Revised 3/25/10*

The District Judges having conferred, we respond to Case Administrator _____ as follows:

**Judges' Response:**

☒ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

_[signature]_
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Judge Dlott, Judge Frost, Judge Smith, Judge Abel, Spencer Harris, Scott Miller, Lisa Wright, Debra Overly, Susan Bridges, Mary Kaye Budge, Scott Lang, Ed Rivera.

*Revised 3/25/10*